# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 30, 2019

## NO. 03-17-00774-CV

**Farmers Texas County Mutual Insurance Company, Appellant**

**v.**

**Courtney Lougheed, Appellee**

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SHANNON
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE SHANNON**

This is an appeal from the judgment signed by the trial court on September 1, 2017. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of appeal incurred by that party, both in this Court and the court below.